## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:14-cv-00333-JAW |
| ) | |
| **THE CITY OF LEWISTON** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF DISMISSAL

**NOW COMES** Plaintiff, the United States of America, by undersigned counsel, and hereby voluntarily dismisses this case, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), on the grounds that the parties have resolved the dispute.

Dated: August 22, 2014   Respectfully submitted,

Thomas E. Delahanty II
United States Attorney

*Evan J. Roth, AUSA*
United States Attorney's Office
100 Middle Street, East Tower, Sixth Floor
Portland, Maine   04101
(207) 780-3257
Evan.Roth@usdoj.gov